UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

TED T. AYOUB,                       Case No. 16-cv-13687
                                                 Hon. Matthew F. Leitman
    Debtor.

_____/

**ORDER TO ATTEND TELEPHONIC STATUS CONFERENCE**

**IT IS HEREBY ORDERED** that all counsel of record on the above case shall appear for a telephonic status conference with the Honorable Matthew F. Leitman on **Wednesday, December 21, 2016 at 3:30 p.m.**

Counsel shall join the conference call by utilizing the following call-in information:

    Call-In#:        215.446.3649
    Access Code:   8390969

**IT IS FURTHER ORDERED** that failure to participate on the call may result in the dismissal of the appeal.

**IT IS SO ORDERED.**

                                                        /s/Matthew F. Leitman
                                                        MATTHEW F. LEITMAN
                                                        UNITED STATES DISTRICT JUDGE

Dated:  December 16, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 16, 2016, by electronic means and/or ordinary mail.

              s/Holly A. Monda
              Case Manager
              (313) 234-5113