UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

TED T. AYOUB,                                         Case No. 16-cv-13687
                                                     Hon. Matthew F. Leitman

      Debtor.

_____/

## SUPPLEMENTAL ORDER TO TEMPORARILY UNSEAL BANKRUPTCY COURT RECORD

It is hereby ordered that:

1.  The Clerk of the United States Bankruptcy Court for the Eastern District of Michigan (the "Clerk") shall provide access to the record for Bankruptcy Case 10-62790, Adversary Proceeding Case 15-04153 to counsel for all parties to this appeal.  Such access shall be limited to in-person access in the office of the Clerk.  Furthermore, the Clerk shall permit counsel to print and/or copy documents within the record at the expense of counsel.

2.  If any counsel makes copies of documents in the Bankruptcy Court record, counsel shall use those documents solely for the purposes of this appeal and shall not disclose these documents to anyone not assisting with the preparation of this appeal.

1

3.  In all other respects, the bankruptcy record shall remain sealed.

   **IT IS SO ORDERED.**

                                   s/Matthew F. Leitman
                                   MATTHEW F. LEITMAN
                                   UNITED STATES DISTRICT JUDGE

Dated:  January 20, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 20, 2017, by electronic means and/or ordinary mail.

                                   s/Holly A. Monda
                                   Case Manager
                                   (313) 234-5113